UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 24-3623-MWF(SSCx)**                                Date:  August 15, 2024

Title   ***Moises Villalobos v. Noho Collision Center, Inc., et al.***

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on May 1, 2024.  (Docket No. 1).  On May 29, 2024, Plaintiff filed a Proof of Service (the "POS") of the Summons and Complaint on Defendant Bachar Investments, LLC.  (Docket No. 7).  Pursuant to the POS, mailing of the served documents completed the substituted service on May 28, 2024.  Defendant Bachar Investments, LLC's response to the Complaint was due June 28, 2024.

On July 18, 2024, this case was reassigned to this Court.  (Docket No. 11).  On July 19, 2024, the Court filed a Notice to Parties Re ADA Disability Access Litigation (the "ADA Notice"), an Order to Show Cause re Supplemental Jurisdiction (the "OSC"), and a Minute Order Re Prosecution of Certain Cases (the "Minute Order").  (Docket Nos. 12-14).

The ADA Notice required Plaintiff to serve the ADA Packet within 14 days (August 2, 2024) after the ADA Notice was filed, and proof of service of the ADA packet within three days of service (August 5, 2024.  (Docket No. 12).

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **SEPTEMBER 13, 2024**.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 24-3623-MWF(SSCx)**                                    Date: August 15, 2024

Title         *Moises Villalobos v. Noho Collision Center, Inc., et al.*

- ■ By Plaintiff:  Proof of Service of the ADA Disability Access Litigation/ Application for Stay and Early Mediation Packet on Defendant.

- ■ By Defendant:  Response to the Complaint or Application for Stay and Early Mediation.

    OR

- ■ By Plaintiff:  An Application to Clerk to Enter Default.  Plaintiff may not request entry of default until at least 14 days have passed since service of the ADA Packet.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the dismissal of this action.

    IT IS SO ORDERED.