*WHEN RECORDED MAIL TO:*

SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
101 S. Western Avenue, Second Floor
Los Angeles, CA 90004
Phone: (213) 205-6560
Email: cm@SoCalEAG.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOISES VILLALOBOS<br><br>PLAINTIFF(S),<br>v.<br><br>NOHO COLLISION CENTER, INC; BACHAR INVESTMENTS, LLC; and DOES 1 to 10<br>DEFENDANT(S). | **CASE NUMBER:**<br>CV 2:24-cv-03623-MWF-SSCx<br><br>**ABSTRACT OF JUDGMENT/ORDER** |

I certify that in the above-entitled action and Court, Judgment/Order was entered on **January 17, 2025** in favor of **MOISES VILLALOBOS**

whose address is **c/o So. Cal. Equal Access Group, 101 S. Western Avenue, Second Floor, Los Angeles, CA 90004**

and against **BACHAR INVESTMENTS, LLC**

whose last known address is **12503 Sherman Way, North Hollywood, CA 91605**

for **$ 0.00** Principal, **$ 0.00** Interest, **$ 585.00** Costs, and **$ 2,550.00** Attorney Fees.

ATTESTED this **29th** day of **August**, 20**25**.

Judgment debtor's driver's license no. and state; _____ (last 4 digits) ☑ Unknown.
Judgment debtor's Social Security number; _____ (last 4 digits) ☑ Unknown.

☑ No stay of enforcement ordered by Court
☐ Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

Guy Bachar, as Agent for Bachar Investments, LLC
12503 Sherman Way
North Hollywood, CA 91605

CLERK, U.S. DISTRICT COURT

By _____
Deputy Clerk
RENICO SMITH

1174

NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.

G-18 (03/12)                           ABSTRACT OF JUDGMENT/ORDER